Linda F. BERG, Respondent,

v.

James F. BERG, Appellant.

No. 73924.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 19, 1999.

Herder & Herder, Lisa Herder, St. Louis, for appellant.

C. Finn Sheehan, High Ridge, for respondent.

Before JAMES R. DOWD, P.J.,
LAWRENCE G. CRAHAN, J., and
RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

James F. Berg ("Husband") appeals the judgment modifying a decree of dissolution reducing the maintenance payable to Linda F. Berg ("Wife"). Husband claims the trial court erred in refusing to terminate maintenance altogether and in allowing Wife to retain $600 of child support erroneously paid after their child's emancipation to be applied to Wife's attorney's fees. We have reviewed the briefs of the parties and the record on

appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).